IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

AHMAD MOHAMMAD AL DARBI,          )
                                  )
                                  )
                                  )     Civil Action No. 05-cv-2371 (RCL)
          Petitioner,             )
                                  )
     v.                           )
                                  )
BARACK H. OBAMA, *et al.,*         )
                                  )
                                  )
          Respondents.            )
_____)

## ORDER

The Court, having considered Respondents' Unopposed Motion for Extension of Time to

Oppose Petitioner's Motion to Compel Production of Exculpatory Information and Automatic

Discovery, hereby **ORDERS** that the Motion is **GRANTED**. Respondents will file their

response to the Petitioner's motion on or before September 4, 2009.

IT IS SO ORDERED, this 18th day of August , 2009.

                              ___/s/_____
                              Royce C. Lamberth
                              United States District Judge